IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MELVIN D. HAWTHORNE,
    Plaintiff,

vs.                              Case No.: 3:09cv163/MCR/EMT

JOHN R. THOMPSON, et al.,
    Defendants.
_____/

## ORDER

Plaintiff, an inmate proceeding pro se and in forma pauperis, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 17). The complaint is sufficient to alert Defendants to the nature and basis of Plaintiff's claims, and because Plaintiff has complied with the order directing him to submit a sufficient number of service copies (Docs. 23, 25), service is now appropriate.

Accordingly, it is **ORDERED:**

1. The docket shall reflect that there are five Defendants in this action: **Sergeant John R. Thompson, Deputy Brian A. Miller, Deputy Thomas D. Enfinger, Jr., Deputy Roman T. Jackson, and Deputy Adam J. Teichner.**

2. The clerk of court shall issue summons for each Defendant, indicating that each Defendant has **SIXTY (60) DAYS** in which to file a response to the complaint. The clerk shall refer the summonses, five (5) copies of this order, the service copies of the amended complaint, a completed USM-285 form for each Defendant, a completed AO-398 form (Notice of a Lawsuit and Request to Waive Service of a Summons) for each Defendant, and ten (10) AO-399 forms (Waiver of the Service of Summons) to the United States Marshal (USMS). Pursuant to Fed. R. Civ. P. 4(c)(2), all costs of service shall be advanced by the United States.

3. Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the USMS shall send a copy of the amended complaint (Doc. 17), a copy of this order, a completed AO-398 form, two (2) AO-399 forms, and a prepaid means of compliance to each Defendant through first class mail. The USMS shall mail the forms to Defendants as soon as possible so that service or waiver of service can be completed within 120 days form the date of entry of this order on the docket.

4. If after thirty (30) days from the mailing of the waiver of service forms and the complaint a Defendant has not returned a waiver of service form (AO-399 form), the USMS shall personally serve that Defendant pursuant to Rule 4(e) of the Federal Rules of Civil Procedure. Upon completion of service, the USMS shall file with the clerk the return and a written statement of all costs incurred of making such personal service.

5. The clerk shall refer this file to the undersigned if a waiver form is returned for insufficient address or for similar reason, if service on a Defendant is returned unexecuted, or if the USMS has filed a statement of costs incurred for making personal service.

6. Each Defendant shall have **SIXTY (60) DAYS** in which to file a response to the complaint.

7. No motion for summary judgment shall be filed by any party prior to entry of an Initial Scheduling Order without permission of the court.

8. Counsel for each Defendant shall file a notice of appearance within **THIRTY (30) DAYS** of the date of service of the complaint.

9. Plaintiff is advised that after a response to the complaint has been filed, no further amendments to the complaint shall be permitted by the court unless, as required by Rule 15 of the Federal Rules of Civil Procedure, Plaintiff files a separate motion for leave to so amend and provides a copy of the proposed amended complaint. N.D. Fla. Loc. R. 15.1.

10. After a notice of appearance has been filed by a Defendant, Plaintiff shall be required to mail to the attorney for that Defendant a copy of every pleading or other paper, including letters, submitted for consideration by the court. Plaintiff shall include with the original paper to be filed with the clerk of court a certificate of service stating the date a correct copy of the paper was mailed to Defendant or to the attorney representing Defendant. **Any paper submitted for filing after a**

**response to the complaint has been filed by a Defendant which does not contain a certificate of service shall be returned by the clerk and disregarded by the court.**

   11. In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it. If Plaintiff wishes to consent he should sign the form and forward it to counsel for a Defendant, who, if that Defendant consents, shall sign and forward it to counsel for another Defendant, who shall return it to the clerk only if all Defendants have consented.

   12. Plaintiff is reminded to keep the clerk of court advised of any change in his mailing address should he be transferred, released from prison, or otherwise be relocated. Failure to do so may result in the dismissal of Plaintiff's action for failure to prosecute should court orders not be able to reach Plaintiff.

   13. **In any event, the clerk shall refer this file to the undersigned forty-five (45) days from the date of this order.**

   **DONE AND ORDERED** this 25th day of August 2009.

              /s/ *Elizabeth M. Timothy*
              **ELIZABETH M. TIMOTHY**
              **UNITED STATES MAGISTRATE JUDGE**